IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| SHERRY KIYOKO NUNN,<br><br>   Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>   Defendant. | CIVIL ACTION NO.: 2:23-cv-38 |

**O R D E R**

Presently before the Court is Defendant's Unopposed Motion for Entry of Judgment With Remand. Doc. 13. Defendant seeks to have this cause remanded to the Social Security Administration under sentence four of 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3). Upon consideration, the Court **GRANTS** Defendant's Motion. The Court reverses the decision of the Acting Commissioner and remands this cause to the Acting Commissioner. On remand, the Acting Commissioner is to: (1) reconsider the severity of Plaintiff's headaches; (2) reconsider Plaintiff's residual functional capacity; (3) take any administrative action necessary to complete the record; and (4) issue a new decision. Id. at 1. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment.

**SO ORDERED**, this 17th day of July, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA