AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SHERRY KIYOKO NUNN

Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commission of Social Security,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:23-cv-38

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of this Court dated July 17, 2023, this case is remanded to the Acting Commissioner of Social Security for further proceedings under 42 U.S.C. § 405(g). This case stands closed.

Approved by: _____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

July 19, 2023
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020